UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON ABREU CABRERA,<br>   Petitioner,<br><br>v.<br><br>BRUCE CHADBOURNE, Interim<br>Field Office Director,<br>B.C.I.S., ET AL.,<br>   Respondents. | )<br>)<br>)<br>) C.A. No. 05-10410-NG<br>)<br>)<br>)<br>)<br>) |

O R D E R

GERTNER, D. J.

  On March 1, 2005, petitioner Ramon W. Abreu Cabrera, a pretrial detainee confined at Plymouth County Correctional Facility in Plymouth, Massachusetts, filed a petition for a writ of habeas corpus under Section 2241, naming as respondents Attorney General Alberto Gonzalez, Bruce Chadbourne, the interim field director BCIS, and the Petitioner's custodian, Joseph McDonald, Sheriff, Plymouth County Correctional Facility.

  ACCORDINGLY,

  (1) The Clerk shall serve a copy of this order and the petition by certified mail upon Joseph McDonald, Sheriff, Plymouth County Correctional Facility; AND counsel for the Respondents: (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114 by certified mail AND

  (2) The Respondents shall file an answer or other responsive pleading within 20 days of receipt of the petition; and

  (3) The Respondents shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

Date: March 8, 2005

           /s/ Nancy Gertner
           NANCY GERTNER
           UNITED STATES DISTRICT JUDGE