UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Ramon Abreu-Cabrera, | ) | |
|     Petitioner, | ) | |
| | ) | |
|     v. | ) | C.A. No. 05-10410-NG |
| | ) | |
| Bruce Chadbourne, | ) | |
|     Respondent(s). | ) | |

### ORDER RE: REAL ID ACT OF 2005

On May 11, 2005, the REAL ID Act of 2005, Pub. L. No. 109-13, Div. B; 119 Stat. 231, 302 (May 11, 2005) ("REAL ID Act"), was enacted. Section 106(c) explicitly provides that judicial review of removal orders is exclusively in the appropriate United States Circuit Court of Appeals and that the District Court lacks jurisdiction to review such removal orders.

Section 106(c) also provides that all habeas corpus actions which challenge orders of removal that were pending on the date enactment (May 11, 2005), shall be transferred to the court of appeals (or, if the petition contains other claims, then that part of the case that challenges the order of removal, deportation, or exclusion shall be transferred).

In view of § 106(c), it is hereby ORDERED:

A.     The Respondent shall file a Motion for Transfer of this action to the appropriate circuit court of appeals within fourteen (14) days of the date of this Order, with respect to any claims by the Petitioner which the Respondent asserts challenge the order of removal, detention, or exclusion of the Petitioner, and to which § 106(c) is applicable. The Respondent shall also provide a copy of the order of removal, detention, or exclusion with any Motion for Transfer. If the habeas petition also contains claims which are not subject to transfer under § 106(c), the Respondent shall expressly set forth a list of the remaining claims in this District; or, in the alternative,

B.     If there are any claims pending before this Court which are not subject to transfer pursuant to § 106(c), the Respondent shall provide a Status Report, within fourteen (14) days of

the date of this Order, indicating those claims which, in the Respondent'S view, remain within the jurisdiction of this Court.

          /s/ NANCY GERTNER

         UNITED STATES DISTRICT JUDGE

Dated:   May 23, 2005