UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
RAMON ABREU CABRERA,            )
                                )
          Petitioner            )
                                )     Civil Action No.
     v.                         )     05cv10410-NG
                                )
BRUCE CHADBOURNE, FIELD OFFICE  )
DIRECTOR, BUREAU OF IMMIGRATION )
AND CUSTOMS ENFORCEMENT         )
                                )
          Respondent            )
```

MOTION TO TRANSFER CASE TO FIRST CIRCUIT COURT OF APPEALS
PURSUANT TO SECTION 106(c) OF THE REAL ID ACT OF 2005

Respondent[1] moves to transfer this action to the First Circuit Court of Appeals pursuant to the command of section 106(c) of the REAL ID Act of 2005, H.R. 1268, 109th Cong. (2005)(enacted), Pub. L. No. 109-13, Div. B, 119 Stat. 231 ("RIDA").

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  s/Frank Crowley
    FRANK CROWLEY
    Special Assistant U.S. Attorney
    Department of Homeland Security
    P.O. Box 8728
    J.F.K. Station
    Boston, MA 02114
    (617) 565-2415

CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on May 24, 2005.

        s/Frank Crowley
        FRANK CROWLEY
        Special Assistant U.S. Attorney
        Department of Homeland Security
        P.O. Box 8728
        J.F.K. Station
        Boston, MA 02114

---

United States in a suit pending in a court of the United States").