UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RAMON W. ABREU CABRERA,**        ) | |
|     **Petitioner,**                                      ) | |
| )  | |
|       v.                                                    ) | C.A. No. 05-cv-10410-NG |
| )  | |
| **BRUCE CHADBOURNE,**                       ) | |
|     **Respondent.**                                  ) | |

**GERTNER, D.J.:**

### ORDER OF TRANSFER

Respondent moves to transfer the above-captioned case to the First Circuit Court of Appeals pursuant to Section 106(c) of the Real ID Act of 2005, H.R. 1268, 109th Congr. (2005) (enacted), Pub. L. No. 109-13, Div. B, 119 Stat. 231 [docket entry # 10].  Petitioner's motion is unopposed.  Accordingly, I hereby **GRANT** respondent's motion and hereby **TRANSFER** this case to the First Circuit Court of Appeals.


**SO ORDERED.**

**Dated:   July 8, 2005**                    **/s/ NANCY GERTNER, U.S.D.J.**